UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-10127-MLW |
| ) | |
| JUAN FLETE ) | |
| ) | |
| and ) | |
| ) | |
| LOURDES IVELLISE MACHUCHA ) | |

### DISMISSAL OF THE INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the Indictment in this matter, which charges Juan Flete and Lourdes Ivellise Machucha with Conspiracy to Possess Five Kilograms or More of Cocaine with the Intent to Distribute, in violation of Title 21, United States Code, Section 846; Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h); Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, in violation of Title 18, United States Code, Section 1957; Structuring Currency Transactions, in violation of Title 31, United States Code, Section 5324; and Aiding and Abetting, in violation of

//
//
//
//
//
//
//

Title 18, United States Code, Section 2. In support of this dismissal, the government states that the dismissal is in the interest of justice.

Respectfully submitted,

January 24, 2025

*Leah B. Foley*
LEAH B. FOLEY
United States Attorney

*Katherine Ferguson*
KATHERINE FERGUSON
Assistant U.S. Attorney

Leave to File Granted:

*Mark L. Wolf*
Hon. Mark L. Wolf
United States District Court

Jan. 30, 2025